BRENDA H. DEESE, WIDOW; BRACY DEESE, GUARDIAN OF KATIE LYNN DEESE, STEPHEN HAYWOOD DEESE, AND CHRISTOPHER WAYNE DEESE, MINOR CHILDREN; BRACY DEESE, ADMINISTRATOR OF THE ESTATE OF CHARLES W. DEESE, DECEASED, EMPLOYEE, PLAINTIFFS v. SOUTHEASTERN LAWN AND TREE EXPERT COMPANY, EMPLOYER; FIDELITY AND CASUALTY COMPANY OF NEW YORK, CARRIER, DEFENDANTS

No. 8010IC1042

(Filed 1 September 1981)

APPEAL by plaintiff Bracy Deese, Guardian of Katie Lynn Deese, Stephen Haywood Deese and Christopher Wayne Deese, Minors, from order of North Carolina Industrial Commission entered 15 August 1980. Heard in the Court of Appeals 30 April 1981.

This is a proceeding to determine death benefits under the Workers' Compensation Act. After a hearing, Commissioner Robert S. Brown found that on 28 October 1978, Charles W. Deese died as a result of an injury from an accident arising out of and in the course of his employment; that he had a wife and three minor children at the time of his death; that his weekly wages at the time of his death were $265.44; that the parties were subject to the Workers' Compensation Act; and that his widow and three minor children were entitled to total compensation of $176.97 per week. Commissioner Brown awarded compensation of $44.25 per week for 400 weeks to the decedent's widow and $44.25 per week

to each of his minor children until he or she reaches 18 years of age. Bracy Deese, guardian for the three minor children, appealed to the Full Commission which affirmed Commissioner Brown's award. The guardian has appealed to this Court.

*Roberts, Cogburn and Williams, by James W. Williams, for plaintiff appellant.*

*Van Winkle, Buck, Wall, Starnes and Davis, by Philip J. Smith, for defendant appellees.*

WEBB, Judge.

The question presented by this appeal is identical with the question presented in *Chinault v. Pike*, filed today by this Court. For the reasons stated in *Chinault v. Pike*, we affirm the opinion and award of the Industrial Commission.

Affirmed.

Judges HEDRICK and ARNOLD concur.